March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Charles Sayegh        ,
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

**20**   -CR- **613**   (___)(___)

Defendant __Charles Sayegh_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [X] Initial Appearance/Appointment of Counsel
- [X] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [ ] Preliminary Hearing on Felony Complaint
- [ ] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence

s/Charles Sayegh by KNF,USMJ
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Charles Sayegh
_____
Print Defendant's Name

*Florian Miedel*
_____
Defense Counsel's Signature

_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/18/2020
_____
Date

*Kevin Nathaniel Fox*
_____
U.S. District Judge/U.S. Magistrate Judge