UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

CHARLES SAYEGH,

       Defendant.

---

20-cr-613 (JSR)

AMENDED ORDER

JED S. RAKOFF, U.S.D.J.:

    On a jointly held call with the Court, defense counsel requested to withdraw its prior motion seeking a sentence modification because Mr. Sayegh was released to a residential reentry center in early December. That request is granted. The Court's prior memorandum order, dated December 20, 2023, is hereby vacated. See 12/20/23 Order, ECF No. 97.

    SO ORDERED.

New York, NY
December 20, 2023

                                                    JED S. RAKOFF, U.S.D.J.